UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIE RINDFUSZ,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-132

### ORDER GRANTING MOTION TO ADJOURN SENTENCING

This matter is before the Court on the Defendant's Motion to Adjourn Sentencing (Dkt. #22). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion to Adjourn Sentencing (Dkt. #22) is **GRANTED**. The sentencing in this matter is rescheduled to **December 17, 2007 at 10:00a.m.**

Date: September 10, 2007

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge